1838.

WALGROVE
v.
WALGROVE.

---

## WALGROVE *v.* WALGROVE.

Feigned issue awarded to a circuit, although opposed by an affidavit, which attempted to show that the judge of such circuit was prejudiced. The impropriety of the affidavit commented on.

Memorandum of the V. C.'s order for an issue as to adultery.

---

BILL for divorce, on the ground of adultery. Motion for a feigned issue. Objection was made as to the trial of the issue being had at a circuit court before the circuit judge of the first circuit: because as an affidavit alleged, such circuit judge "had expressed strong and decided opinions upon the alleged circumstances which would necessarily form the subject matter of such feigned issue and that it would best promote justice between the parties if such issue were sent to some other court to be tried than the said circuit court."

*June* 26,
1838.

*Divorce.*
*Feigned*
*issue.*

Mr. *Tallmadge*, for the motion.

Mr. *James W. White*, for the complainant and in opposition to the motion.

THE VICE-CHANCELLOR ordered the feigned issue to be

tried before the circuit judge of the first circuit ; and said, that he was partly led to do this, without hesitation, on account of the highly improper affidavit which had been made. It undertook to convey an insinuation that the complainant could not have a fair trial before the circuit judge, which was not to be listened to for one moment.

Order : " that a feigned issue be made up to try the question of the adultery alleged to have been committed by the defendant with J. De G. on or about the night of the eighteenth of January, one thousand eight hundred and thirty-seven ; and if such adultery be proved, then, whether the same was brought about by the consent, connivance, privity or procurement of the complainant. This issue to be tried at the circuit court to be held in and for the city and county of New-York. The issue to embrace no other point than the above."